MOYES SELLERS & HENDRICKS
Keith L. Hendricks (UTSBN: 18268)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
khendricks@law-msh.com
docket@law-msh.com

Kunzler Bean & Adamson, PC
Robert Jeremy Adamson (UTSBN: 251380)
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
jadamson@kba.law
Telephone: (619) 365-9110

*Co-counsel for Individual Defendants and Arizona LLCs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STAN SHELLEY and ANDREA LEE SHELLEY, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> RANDY REDD, an individual, MARYLYNN N. REDD, an individual, DAKOTA REDD, an individual, KEVIN CLARK, an individual, LPL Financial, LLC, a California corporation, and Cazut Properties, LLC, an Arizona Limited Liability Company, Redd Works, LLC, and Arizona Limited Liability Company, Rojo 91, LLC, an Arizona Limited Liability Company, Peart 583, LLC, an Arizona Limited Liability Company, <br><br> Defendants. | **NOTICE OF ERRATA REGARDING DECLARATION OF KEVIN CLARK** <br><br> **EXHIBIT 1 IN SUPPORT OF IN MOTION TO COMPEL ARBITRATION AND ALTERNATIVE MOTION TO DISMISS FOR LACK OF JURISDICTION** <br><br> Case No. 2:24-cv-000095 <br> Judge Howard C. Nielson Jr. |

- 2 -

NOTICE IS HEREBY GIVEN that Counsel for Defendant Kevin Clark inadvertently filed the incorrect copy of his declaration as Exhibit 1 to *Moving Defendants' Motion to Stay Pending Arbitration and Alternative Motion to Dismiss* on April 29, 2024, in that the copy filed did not note the specific date on which the declaration was signed. Defendant Kevin Clark submits this Notice of Errata with the correct copy of the declaration of Kevin Clark as **Exhibit 1** attached hereto, which includes the specific date on which it was signed.

Dated this 12th day of December 2024.

*MOYES SELLERS & HENDRICKS*

*s/ Keith L. Hendricks*
Keith L. Hendricks
*Co-counsel for Respondents*

***Kunzler Bean & Adamson, PC***

*s/ Jeremy Adamson*
R. Jeremy Adamson
*Co-counsel for Respondents*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I filed a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING DECLARATION OF KEVIN CLARK EXHIBIT 1 IN SUPPORT OF IN MOTION TO COMPEL ARBITRATION AND ALTERNATIVE MOTION TO DISMISS FOR LACK OF JURISDICTION** via the Court's CM/ECF, which automatically effectuated service on all parties of record.

*/s/R. Jeremy Adamson*